

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| The City of El Paso, | § | No. 08-18-00216-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Guadalupe Ramirez, Norma Ramirez, | § | of El Paso County, Texas |
| Ramirez Pecan Farms, LLC, William H. Boutwell, Jackie Boutwell, Raul | § | (TC# 2007-2568) |
| Zamorano, Jr., Amy K. Zamorano, Patricia Wynn, Individually ans as Trustee of the | § | |
| Wynn Family Living Trust, Larry Webb, Maria L. Webb, James R. Raley, Yariela | § | |
| G. Raley, Rusell T, Sturgeon, Kerry L. Sturgeon, Kenneth A. Johnson and Julie R. | § | |
| Johnson, | § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 8, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

1

It is further ORDERED that the Hon. Jose E. De La Fuente, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 8, 2019.

IT IS SO ORDERED this 4th day of March, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.